IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BENJAMIN McIVER,

    Plaintiff

VS.

Warden CARL HUMPHREY and Officer JOHN,

    Defendants

NO. 5:13-CV-76 (MTT)

**O R D E R**

*Pro se* Plaintiff **BENJAMIN McIVER**, an inmate at Georgia Diagnostic and Classification Prison ("GD&CP"), has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).

Plaintiff's complaint suffers from a number of deficiencies.  First, Plaintiff completed and submitted the section 1983 form of the United States District Court for the Northern District of Georgia, which form differs from the form used by this Court. Second, the Statement of Claim and the requested relief sections of the complaint form are missing.[1]  Third, Plaintiff has not paid the Court's $350 filing fee or moved for leave to proceed *in forma pauperis*.

In addition to the above deficiencies, Plaintiff names as the sole Defendants, Warden Carl Humphrey and Correctional Officer "___ John."  Plaintiff has previously filed another lawsuit in this Court in which he sued Warden Carl Humphrey and "Officer ___

---

[1] Plaintiff has written "see attached" in the Statement of Claim section, yet nothing is attached to his complaint.

John" (later determined to be former CERT Officer William Johns).  **See McIver v. Humphrey**, 5:12-cv-156-MTT-CHW ("**McIver I**").  The undersigned dismissed Plaintiff's claims against Warden Humphrey in **McIver I**, and service has at least twice been unsuccessfully attempted on Officer Johns.  It would appear that Plaintiff is attempting to duplicate his prior action.  In order for this Court to efficiently manage its docket, the instant lawsuit is therefore **DISMISSED WITHOUT PREJUDICE**.  *See I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir.1986) (holding that district court may dismiss a duplicative lawsuit and a lawsuit is "duplicative of another suit if the parties, issues and available relief do not significantly differ between the two actions").

If Plaintiff wishes to raise new claims against Warden Humphrey and Officer Johns (*i.e.*, claims not raise in **McIver I**), he may file a new lawsuit.  In doing so, Plaintiff should submit a new complaint, using this Court's standard form and completing all sections, and either pay the $350 filing fee or file a motion to proceed *in forma pauperis*.

**SO ORDERED**, this 18th day of March, 2013.

                                              S/ Marc T. Treadwell
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT

cr